Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 21, 2025
Ravi Subramanian, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL KAIN GRIER,

    Defendant

NO. CR25-101 JCC

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about June 19, 2024, in King County, within the Western District of Washington, NATHANIEL KAIN GRIER did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

Indictment - 1
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 19, 2024, in King County, within the Western District of Washington, NATHANIEL KAIN GRIER knowingly possessed a firearm, that is, an Anderson AM15 9mm rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of a Controlled Substance with Intent to Distribute,* as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

**(Unlawful Possession of a Firearm)**

**(Residence)**

On or about June 19, 2024, in King County, in the Western District of Washington, NATHANIEL KAIN GRIER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Burglary in the Second Degree*, in King County Superior Court, Washington, under cause number 17-C-00511-4, on or about August 24, 2018, and

*Attempted Arson in the First Degree,* in King County Superior Court, Washington, under cause number 18-1-02434-6, on or about August 24, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: an Anderson AM15 9mm rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//

Indictment - 2
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

**(Unlawful Possession of a Firearm)**

**(Vehicle)**

On or about June 19, 2024, in King County, in the Western District of Washington, NATHANIEL KAIN GRIER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Burglary in the Second Degree*, in King County Superior Court, Washington, under cause number17-C-00511-4, on or about August 24, 2018, and

*Attempted Arson in the First Degree,* in King County Superior Court, Washington, under cause number 18-1-02434-6, on or about August 24, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Kel-Tec .380 pistol, and a Smith & Wesson Bodyguard .380 caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, NATHANIEL KAIN GRIER shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to, the following items seized from Defendant's vehicles on or about June 19, 2024:

    a.    one Benelli Super Black Eagle 3, partial barrel 12-gauge shotgun reported stolen from Seattle on February 18, 2024;

    b.    one Springfield 12-gauge short barrel shotgun;

    c.    one Anderson AM15 .223 caliber rifle;

    d.    one Arsenal .762 caliber rifle;

Indictment - 3
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      e.      one Barrett Model 99 .50 caliber rifle;

      f.      one Kalashnikov Model Saiga 12 12-gauge shotgun;

      g.      one Remington Model 510 .22 caliber rifle;

      h.      one Thompson .45 caliber rifle;

      i.      one Springfield Model 30M1 Garand .308 caliber rifle reported stolen from Seattle on February 18, 2024;

      j.      one Savage Arms .30 caliber rifle;

      k.      one Beretta handgun;

      l.      one Anderson AM15 9mm rifle, with 15 live rounds loaded in the magazine and one live round loaded in the chamber seized on or about June 19, 2024.

      m.      one high-capacity drum magazine loaded with 58 live .223 rounds;

      n.      five AR magazines loaded with live .223 rounds; and

      o.      any associated firearm accessories, magazines, and ammunition.

Upon conviction of any of the offenses alleged in Counts 2, 3, and 4, NATHANIEL KAIN GRIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//

//

//

Indictment - 4
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 5/21/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CECELIA GREGSON
Assistant United States Attorney

Indictment - 5
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970